FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

2009 JUL 29  AM 10: 10

CL..' '. !'. 0   ' '!C) COU?,
MIDDLE Oi; i;.. i .!F FLORIC'
JACKSONVILLE, FLORIDA

**UNITED STATES OF AMERICA**

v.                                                    Case No.:      **3:07-cv-132-HES-TEM**

**STEVEN EUGENE PASSMORE**

---

## O R D E R

Before the Court is Defendant Passmore's *Pro se* Petition to Disqualify and/or Recuse

Presiding Judge pursuant to Title 28 U.S.C. §455. (Doc. 10, filed July 20, 2009). It is

**ORDERED** and **ADJUDGED** that Defendant's Motion is **DENIED**.

**DONE AND ENTERED** in Jacksonville, Florida, this 2 $\mathcal{H}$ day of July, 2009

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Eugene Passmore, *Pro se*